171 So.2d 848

### Jimmie BRANNON

v.

### STATE.

### 4 Div. 215.

Supreme Court of Alabama.

Jan. 21, 1965.

Rehearing Denied Feb. 25, 1965.

Boswell & Smith, Geneva, for petitioner.

Richmond M. Flowers, Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Jimmie Brannon for certiorari to the Court of Appeals to review and revise the judgment and decision in Brannon v. State, 171 So.2d 845.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

171 So.2d 100

### James CARTER

v.

### CITY OF BIRMINGHAM.

### 6 Div. 161.

Supreme Court of Alabama.

Jan. 21, 1965.

Arthur Shores and Orzell Billingsley, Jr., Birmingham, and Norman C. Amaker and Jack Greenberg, New York City, for petitioner.

Wm. C. Walker and J. Louis Wilkinson, Birmingham, opposed.

SIMPSON, Justice.

Petition of James Carter for certiorari to the Court of Appeals to review and revise the judgment and decision in Carter v. City of Birmingham, 171 So.2d 124.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

174 So.2d 315

### CITY OF HOMEWOOD

v.

### Morris N. BOULDIN et al.

### 6 Div. 142.

Supreme Court of Alabama.

Feb. 4, 1965.

Rehearing Denied April 15, 1965.

Irvine C. Porter and Jos. S. Mead, Birmingham, for appellant.

Griffin & Wilson, John S. Foster, and Maurice F. Bishop, Birmingham, for appellees.

HARWOOD, Justice.

The decree in this case is reversed and remanded on authority of Bouldin v. City of Homewood et al., ante p. 665, 174 So.2d 306.

Reversed and remanded.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.